NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


FREDERICK C. SMITH, )
DOC #189811, )
                    )
      Appellant, )
                    )
v. )      Case No. 2D19-126
                    )
STATE OF FLORIDA, )
                    )
      Appellee. )
_____ )

Opinion filed November 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Frederick C. Smith, pro se.


PER CURIAM.


      Affirmed.


LaROSE, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.